**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CARL FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | Judge |
| | ) | |
| OFFICER JEFFERY L. MORROW; and | ) | Magistrate Judge |
| CITY OF CHICAGO | ) | |
| | ) | Jury Demanded by Plaintiff |
| Defendants. | ) | |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, Carl Franklin, by and through his attorney, David S. Lipschultz, and in support of his Complaint at Law against the Defendants, Chicago Police Officer Jeffery L. Morrow, Star No. 17957, and City of Chicago, states as follows:

**JURISDICTION AND VENUE**

1. This action is brought pursuant to the United States Constitution, 42 U.S.C. §1983 and §1988 (the Civil Rights Act of 1871), and the laws of the State of Illinois to redress deprivations of the civil rights of the Plaintiff, accomplished by acts and/or omissions of the Defendants and committed under color of law.

2. This Court has jurisdiction under and by virtue of 28 U.S.C. §1343, §1331 and §1367.

3. Venue is proper in this judicial district pursuant to 28 U.S.C. §1391, as the acts complained of took place in this judicial district.

**PARTIES**

4. Plaintiff, Carl Franklin ("Mr. Franklin"), is a resident of Cook County, in this judicial district.

5. At all relevant times herein referenced, Defendant, Police Officer Jeffery L. Morrow, Star No. 17957 ("Officer Morrow"), was employed by the City of Chicago as a sworn police officer. He is sued in his individual capacity. At the time of the incident at issue in this Complaint, Officer Morrow was engaged in the conduct complained of while acting within the scope of his employment and under color of law.

6. Defendant City of Chicago ("City") is an Illinois municipal corporation. Mr. Franklin sues City as the indemnitor of Officer Morrow.

7. On October 5, 2020, Mr. Franklin was driving near 126th Street and State Street, in Chicago.

8. Officer Morrow and other Chicago Police officers conducted a traffic stop of Mr. Franklin and his vehicle.

9. Mr. Franklin was not in possession of any firearms whatsoever.

10. Officer Morrow produced a handgun from his own possession and falsely informed his fellow police officers that he had observed the handgun in the possession of Mr. Franklin. Officer Morrow "planted" the gun on Mr. Franklin.

11. In response to the false information provided by Officer Morrow to his fellow Chicago police officers, Officer Morrow and other officers falsely arrested and maliciously prosecuted Mr. Franklin for the felony crime of unlawful use of a weapon.

12. Officer Morrow stole cash from Mr. Franklin.

13. Mr. Franklin served substantial time in jail as a result of Officer Morrow's unlawful conduct.

14. Officer Morrow maliciously prosecuted Mr. Franklin, thereby depriving Mr. Franklin of rights secured by the Fourth Amendment to the Constitution of the United States.

15. Officer Morrow has "planted" weapons on many other individuals while on duty for the Chicago Police Department.

16. Officer Morrow has stolen cash from many other individuals while on duty for the Chicago Police Department.

17. Mr. Franklin demands a trial by jury.

WHEREFORE, the Plaintiff, Carl Franklin, prays for judgement against Chicago Police Officer Jeffery L. Morrow, Star No. 17957, for compensatory damages, punitive damages, the costs of this action, attorney's fees pursuant to 42 U.S.C. §1988, and such other and additional relief as this Court deems equitable and just.

Respectfully submitted,

CARL FRANKLIN


/s/ David S. Lipschultz
David S. Lipschultz

David S. Lipschultz
Atty No. 6277910
Law Offices of David S. Lipschultz, Inc.
200 S. Michigan Avenue, Suite 201
Chicago, Illinois 60604
Telephone: 312-414-1778
Fax: 312-414-1887
Email: david@dsllawoffice.com